FILED
APR 05 2016
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRONE TRINNELLE JACKSON,<br><br>Defendant. | Case No. CR-06-16-BLG-SPW-7<br><br><br><br>ORDER TO DISMISS<br>REVOCATION PROCEEDINGS |

Defendant Tyrone Trinnelle Jackson, having filed an Unopposed Motion to Dismiss Revocation Proceedings (Doc. 847), and good cause appearing therefor;

IT IS HEREBY ORDERED that the pending revocation proceedings are DISMISSED and the hearing scheduled for April 15, 2016, at 9:30 a.m. is VACATED.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of April, 2016.

SUSAN P WATTERS
U. S. DISTRICT COURT JUDGE